UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD A. MURPHY,

                Plaintiff,

-against-

NYU SCHOOL OF MEDICINE,

                Defendant.

21-CV-8057 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 6, 2021, the Court denied Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees. The Court directed Plaintiff, within thirty days, to pay the $402.00 in fees required to file a civil action in this court and specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees, and the time for doing so has expired. Accordingly, the complaint is dismissed without prejudice to refiling. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 16, 2021
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge